MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (*pro hac vice*)
Howard J. Roin (*pro hac vice*)
Beverley J. Klein (*pro hac vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
hroin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
SHIRISH GUPTA (#205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
sgupta@mayerbrownrowe.com

Attorneys for The Northern Trust Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONNIE REIVER, *et al.*,<br>　　　　　Plaintiff,<br>　v.<br>3COM, *et al.*,<br>　　　　　Defendant.<br>―――――――――――――――――<br>NORTHERN TRUST INVESTMENTS, INC.,<br>　　　　　Plaintiff,<br>　v.<br>GILARDI & COMPANY, LLC, *et al.*,<br>　　　　　Defendants. | Case No. C-03-0169 JSW and<br>Case No. C-03-03456 JSW<br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER CLOSING THE REIVER V.<br>3COM FILE**<br><br>The Honorable Jeffrey S. White |

On February 23, 2001, a final judgment ("Final Judgment") was entered in *Reiver, et al. v. 3Com, et al.*, No. 03-0169 (JSW) (the "*3Com* Class Action"). The matter has been before the Court on a post-judgment dispute (the "Claims Dispute") concerning the administration of the settlement in the *3Com* Class Action. The Court's December 3, 2004 Order ("Approval Order") dismissed the Claims Dispute with prejudice as part of the Court's approval of its resolution. The parties are agreed that the matter is fully completed and that the Court may close its file on the matter, subject to the reservation of jurisdiction reflected in paragraph 21 of the Approval Order and on page 3 of the Final Judgment previously entered.

Dated: August 16, 2005          MAYER, BROWN, ROWE & MAW LLP

/s/ Howard J. Roin
Howard J. Roin
Attorneys for The Northern Trust Company

Dated: August 16, 2005          SHARTSIS, FRIESE & GINSBURG LLP

/s/ Robert E. Schaberg
Robert E. Schaberg
Attorneys for Milberg Weiss Bershad Hynes & Lerach LLP

Dated: August 16, 2005          HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

/s/ Bernard A. Burk
Bernard A. Burk
Attorneys for Bernstein Litowitz Berger & Grossmann LLP; Kaplan Fox & Kilsheimer LLP; and Barrack, Rodos & Bacine

Dated: August 16, 2005          LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

/s/ Robert A. Wooten
Robert A. Wooten
Attorneys for Gilardi & Company, LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrence in the filing of this document have been obtained.

1 | **[PROPOSED] ORDER**

2 |     Pursuant to Stipulation, **IT IS SO ORDERED**.

3 |     The clerk is directed to close the file in *Reiver, et al. v. 3Com, et al.*, No. 03-0169 (JSW),

4 | subject to the Court's retention of jurisdiction as previously set forth in paragraph 21 of the

5 | Court's December 3, 2004 Order and on page 3 of the Final Judgment.

7 | Dated: August 17, 2005          *[signature]*

8 |         Hon. Jeffrey S. White
        United States District Court